1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IMLAK'ESH ORGANICS, INC., | CASE NO. 2:22-cv-1504 |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND RELATED DATES |
| v. | |
| CULINEX, LLC, | |
| Defendant. | |

Having reviewed the parties' Joint Motion to Continue Trial and Related Dates, and based on the files herein, the Court finds that there are extraordinary circumstances where there are no alternative means of preventing a substantial injustice, and finds that pursuant to LCR 10, LCR 16, and LCR 40, the parties' request for a trial continuance should be granted, and therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the trial date and modified deadlines are set forth as follows:

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND RELATED DATES - 1

| Deadline | Schedule |
|---|---|
| Deadline for Filing Amended Pleadings | November 20, 2023 |
| Disclosure of Expert Testimony | November 20, 2023 |
| Disclosure of Rebuttal Expert Testimony | December 20, 2023 |
| All Motions Related to Discovery Must Be Filed By | January 10, 2024 |
| Discovery Completed By | February 9, 2024 |
| All Dispositive Motions and Motions Challenging Expert Witness Testimony Must Be Filed By | March 10, 2024 |
| Settlement Conference | May 9, 2024 |
| All Motions In Limine Must Be Filed By | May 29, 2024 |
| Deposition Designations must be submitted to the court by | June 17, 2024 |
| Agreed Pretrial Order Due | June 17, 2024 |
| Trial Briefs, Proposed Voir Dire Questions, and Proposed Jury Instructions Must Be Filed By | June 24, 2024 |
| Pretrial Conference | July 1, 2024 |
| Jury Trial | July 8, 2024 |

Dated this 27th day of July, 2023.

_____

Jamal N. Whitehead
United States District Judge