UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IMLAK'ESH ORGANICS INC, <br><br> Plaintiff, <br><br> v. <br><br> CULINEX LLC, <br><br> Defendant. | CASE NO. 2:22-cv-1504 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On November 15, 2023, the Parties appeared remotely for a hearing on Defendant CuliNex's Motion to Compel and the Parties' Stipulated Motion to Continue Trial and Related Dates. Dkt. Nos. 25, 30.

"The requirement to meet and confer in good faith is not simply a 'formalistic prerequisite' for judicial resolution." *Strickland v. City of Auburn*, No. 22-CV-528, 2023 WL 4461224, at *1 (W.D. Wash. June 13, 2023) (quoting *Selim v. Fivos, Inc.*, C22-1227-JCC, 2023 WL 3172467, at *2 (W.D. Wash. May 1, 2023)). "'A good faith effort to resolve discovery disputes requires an exchange of information until no

MINUTE ORDER - 1

additional progress is possible.'" *Id.* (*quoting Beasley v. State Farm Mut. Auto. Ins. Co.*, C13-1106-RSL, 2014 WL 1268709, at *1 (W.D. Wash. Mar. 25, 2014)). Whatever dispute remains should be fully formed by the time it is presented to the court, and the parties should not be hazy or unclear about the issues at stake or their divergent positions.

Based on the argument of counsel, and events that have taken place since CuliNex filed its motion, it's unclear whether the parties have reached an impasse or if there's even a live dispute about outstanding document production.

Accordingly, the Court DENIES CuliNex's motion without prejudice and ORDERS the parties to meet and confer further regarding their various discovery disputes. Dkt. No. 25. The Court expects the parties to work together cooperatively to resolve their differences, but if they cannot do so, the Court encourages them to use the District's Expedited Joint Motion Procedure to present any unresolved issues. *See* LCR 37(a)(2).

The Court GRANTS the Parties' Stipulated Motion to Continue Trial and Related Dates. Dkt. No. 30. This is the second trial continuance granted in this matter. No further continuances will be granted absent good cause.

Dated this 15th day of November 2023.

<u>Ravi Subramanian</u> Clerk

*/s/Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2