UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IMLAK'ESH ORGANICS INC, <br><br> Plaintiff, <br><br> v. <br><br> CULINEX LLC, <br><br> Defendant. | CASE NO. 2:22-cv-1504 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: On March 20, 2024, the parties notified the Court by email that they have reached a settlement of this lawsuit. The Court STRIKES the remaining deadlines. The Court DENIES without prejudice Defendant's Motion for Protective Order as moot. Dkt. No. 32. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

Dated this 20th day of March 2024.

MINUTE ORDER - 1

Ravi Subramanian
Clerk
/s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2